To everyone that is and has been a victim of this horrible crime, I am truly heartbroken and extremely sorrowful for my crimes against you and your families!

I cannot imagine the horrors and hurt that you had to face everyday, and even now for these horrific events in your life. For someone like me to commit this crime, to only have you re-live the painful memories this has caused. Please forgive me!

There is not a day that goes by that, I am not ashamed for what I did and the damage I've caused, I wish a thousand times over I could! I never considered the pain and your feelings while commiting this crime, and all the horrible aftermath that it would cause you and your families, years from now — please forgive me!

It is not right nor fair what you and so many others have had to go through! I can only hope with time and healing, you may forgive me!

There is no excuse for my actions and this crime I've commited, I pray with time and help I can somehow make ammends and be a better citizen.

I pray earnestly for your healing and forgiveness for everyone involved. I also ask the courts, families, friends and my family for forgiveness for putting them into this situation and embarresment — Please, please forgive me!!!

Thank you, David Hooke